**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Demus Paye                                CHAPTER 13

                Debtor(s)

                                BKY. NO. 23-11427 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ **Mark A. Cronin**
                          Mark Cronin
                          31 May 2023, 15:14:27, EDT

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322