# UKG

**Yardley Operator LLC**
1480 Oxford Valley Rd
Yardley, PA 19067

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/12/2023 |
| Period End Date | 03/25/2023 |
| Pay Date | 03/31/2023 |
| Document | 271 |

**Net Pay** **$4,097.71**

## Pay Details

**Demus Paye**
233 Trenton Road
Fairless Hills, PA 19030
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 870054 | Pay Group | Yardley |
| SSN | XXX-XX-XXXX | Location | Yardley |
| Job | LPN | Department | 50 - NRSG |
| Pay Rate | $28.86 | Unit | - |
| Pay Frequency | Biweekly | State | PA - Pennsylvania |
| | | Division | SNF - Skilled Nursing |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus | | $610.00 | $4,038.30 |
| Differential | | $10.50 | |
| Differential | | $100.50 | $719.14 |
| Holiday Work | 0.0000 | $0.00 | $461.76 |
| Overtime | 32.2500 | $1,530.91 | |
| Overtime | 16.2500 | $771.55 | $12,385.31 |
| Regular Pay | 80.0000 | $2,508.80 | $14,852.80 |
| Retroactive Pay | 0.0000 | $0.00 | $364.52 |

Total Hours Worked  0.0000        Total Hours  128.5000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Accident Ins | $0.00 | No | $0.00 | $36.05 | $0.00 | $0.00 |
| Dental | $5.33 | Yes | $5.33 | $31.98 | $5.33 | $31.98 |
| Grp Hospital | $0.00 | No | $0.00 | $29.35 | $0.00 | $0.00 |
| Medical | $68.25 | Yes | $68.25 | $409.50 | $168.56 | $1,011.36 |
| Vision Tier 1 | $2.85 | Yes | $2.85 | $17.10 | $2.86 | $17.16 |
| Basic EE Life | $0.00 | No | $0.00 | $0.00 | $3.98 | $23.88 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $5,455.83 | $712.83 | $4,598.94 |
| Employee Medicare | $5,455.83 | $79.11 | $469.27 |
| Social Security Employee Tax | $5,455.83 | $338.26 | $2,006.52 |
| PA State Income Tax | $5,455.83 | $167.49 | $993.56 |
| LOWER MAKEFIELD | $5,455.83 | $54.56 | $267.99 |
| LOWER MAKEFIELD TWP | $5,455.83 | $2.00 | $12.00 |
| PA Unemployment Employee | $5,532.26 | $3.87 | $22.97 |

**Paid Time Off**                                    **Net Pay Distribution**

# ÜKG

Yardley Operator LLC
1480 Oxford Valley Rd
Yardley, PA 19067

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/26/2023 |
| Period End Date | 04/08/2023 |
| Pay Date | 04/14/2023 |
| Document | 350 |

**Net Pay**     **$2,475.40**

## Pay Details

**Demus Paye**
233 Trenton Road
Fairless Hills, PA 19030
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 870054 | | Pay Group | Yardley |
| SSN | XXX-XX-XXXX | | Location | Yardley |
| Job | LPN | | Department | 50 - NRSG |
| Pay Rate | $28.86 | | Unit | - |
| Pay Frequency | Biweekly | | State | PA - Pennsylvania |
| | | | Division | SNF - Skilled Nursing |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus | | $150.00 | $4,188.30 |
| Differential | | $8.50 | |
| Differential | | $109.88 | $837.52 |
| Holiday Work | 0.0000 | $0.00 | $461.76 |
| Overtime | 8.0000 | $381.28 | |
| Overtime | 0.7500 | $35.82 | $12,802.41 |
| Regular Pay | 80.0000 | $2,508.80 | $17,361.60 |
| Retroactive Pay | 0.0000 | $0.00 | $364.52 |

Total Hours Worked  0.0000        Total Hours  88.7500

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401K | $3,194.28 | Yes | $63.89 | $63.89 | $0.00 | $0.00 |
| Accident Ins | $7.21 | No | $7.21 | $43.26 | $0.00 | $0.00 |
| Dental | $5.33 | Yes | $5.33 | $37.31 | $5.33 | $37.31 |
| Grp Hospital | $5.87 | No | $5.87 | $35.22 | $0.00 | $0.00 |
| Medical | $68.25 | Yes | $68.25 | $477.75 | $168.56 | $1,179.92 |
| Vision Tier 1 | $2.85 | Yes | $2.85 | $19.95 | $2.86 | $20.02 |
| Basic EE Life | $0.00 | No | $0.00 | $0.00 | $3.98 | $27.86 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $3,053.96 | $195.82 | $4,794.76 |
| Employee Medicare | $3,117.85 | $45.21 | $514.48 |
| Social Security Employee Tax | $3,117.85 | $193.31 | $2,199.83 |

| Tax | Based On | Current | YTD |
|---|---|---|---|
| PA State Income Tax | $3,117.85 | $95.72 | $1,089.28 |
| LOWER MAKEFIELD | $3,117.85 | $31.18 | $299.17 |
| LOWER MAKEFIELD TWP | $3,117.85 | $2.00 | $14.00 |
| PA Unemployment Employee | $3,194.28 | $2.24 | $25.21 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 35.9700 |
| Personal Time | 0.0000 | 32.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4976 | Checking | $2,475.40 |
| Total | | $2,475.40 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,194.28 | $3,053.96 | $565.48 | $153.40 | **$2,475.40** |
| YTD | $36,016.11 | $35,417.21 | $8,936.73 | $677.38 | $26,402.00 |

# UKG

Yardley Operator LLC
1480 Oxford Valley Rd
Yardley, PA 19067

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/09/2023 |
| Period End Date | 04/22/2023 |
| Pay Date | 04/28/2023 |
| Document | 441 |

**Net Pay**    **$3,597.70**

## Pay Details

**Demus Paye**
233 Trenton Road
Fairless Hills, PA 19030
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 870054 | Pay Group | Yardley |
| SSN | XXX-XX-XXXX | Location | Yardley |
| Job | LPN | Department | 50 - NRSG |
| Pay Rate | $28.86 | Unit | - |
| Pay Frequency | Biweekly | State | PA - Pennsylvania |
| | | Division | SNF - Skilled Nursing |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus | | $320.00 | $4,508.30 |
| Differential | | $10.50 | |
| Differential | | $132.38 | $980.40 |
| Holiday Work | 0.0000 | $0.00 | $461.76 |
| Overtime | 24.5000 | $1,166.20 | |
| Overtime | 16.0000 | $762.72 | $14,731.33 |
| Regular Pay | 80.0000 | $2,508.80 | $19,870.40 |
| Retroactive Pay | 0.0000 | $0.00 | $364.52 |

Total Hours Worked 0.0000    Total Hours 120.5000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401K | $4,900.60 | Yes | $98.01 | $161.90 | $0.00 | $0.00 |
| Accident Ins | $7.21 | No | $7.21 | $50.47 | $0.00 | $0.00 |
| Dental | $5.33 | Yes | $5.33 | $42.64 | $5.33 | $42.64 |
| Grp Hospital | $5.87 | No | $5.87 | $41.09 | $0.00 | $0.00 |
| Medical | $68.25 | Yes | $68.25 | $546.00 | $168.56 | $1,348.48 |
| Vision Tier 1 | $2.85 | Yes | $2.85 | $22.80 | $2.86 | $22.88 |
| Basic EE Life | $0.00 | No | $0.00 | $0.00 | $3.98 | $31.84 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $4,726.16 | $544.56 | $5,339.32 |
| Employee Medicare | $4,824.17 | $69.95 | $584.43 |
| Social Security Employee Tax | $4,824.17 | $299.10 | $2,498.93 |

| Tax | Based On | Current | YTD |
|---|---|---|---|
| PA State Income Tax | $4,824.17 | $148.10 | $1,237.38 |
| LOWER MAKEFIELD | $4,824.17 | $48.24 | $347.41 |
| LOWER MAKEFIELD TWP | $4,824.17 | $2.00 | $16.00 |
| PA Unemployment Employee | $4,900.60 | $3.43 | $28.64 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 42.9000 |
| Personal Time | 0.0000 | 32.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4976 | Checking | $3,597.70 |
| Total | | $3,597.70 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,900.60 | $4,726.16 | $1,115.38 | $187.52 | **$3,597.70** |
| YTD | $40,916.71 | $40,143.37 | $10,052.11 | $864.90 | $29,999.70 |

**UKG**

Yardley Operator LLC
1480 Oxford Valley Rd
Yardley, PA 19067

**Pay Statement**

Period Start Date 05/07/2023
Period End Date 05/20/2023
Pay Date 05/25/2023
Document 641

**Net Pay** **$3,601.92**

## Pay Details

**Demus Paye**
233 Trenton Road
Fairless Hills, PA 19030
USA

| | | | |
|---|---|---|---|
| Employee Number | 870054 | Pay Group | Yardley |
| SSN | XXX-XX-XXXX | Location | Yardley |
| Job | LPN | Department | 50 - NRSG |
| Pay Rate | $28.86 | Unit | - |
| Pay Frequency | Biweekly | State | PA - Pennsylvania |
| | | Division | SNF - Skilled Nursing |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | | | $340.00 | $5,075.30 |
| Differential | | | $10.50 | |
| Differential | | | $120.75 | $1,230.65 |
| Holiday Work | 0.0000 | $0.00 | $0.00 | $461.76 |
| Overtime | 15.5000 | $47.57 | $737.34 | |
| Overtime | 25.0000 | $47.59 | $1,189.75 | $17,550.27 |
| Regular Pay | 80.0000 | $31.36 | $2,508.80 | $24,888.00 |
| Retroactive Pay | 0.0000 | $0.00 | $0.00 | $364.52 |

Total Hours Worked  0.0000    Total Hours  120.5000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401K | $4,907.14 | Yes | $98.14 | $334.97 | $0.00 | $0.00 |
| Accident Ins | $7.21 | No | $7.21 | $64.89 | $0.00 | $0.00 |
| Dental | $5.33 | Yes | $5.33 | $53.30 | $5.33 | $53.30 |
| Grp Hospital | $5.87 | No | $5.87 | $52.83 | $0.00 | $0.00 |
| Medical | $68.25 | Yes | $68.25 | $682.50 | $168.56 | $1,685.60 |
| Vision Tier 1 | $2.85 | Yes | $2.85 | $28.50 | $2.86 | $28.60 |
| Basic EE Life | $0.00 | No | $0.00 | $0.00 | $3.98 | $39.80 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $4,732.57 | $545.98 | $6,181.07 |
| Employee Medicare | $4,830.71 | $70.05 | $707.69 |
| Social Security Employee Tax | $4,830.71 | $299.50 | $3,025.98 |

| Tax | Based On | Current | YTD |
|---|---|---|---|
| PA State Income Tax | $4,830.71 | $148.30 | $1,498.36 |
| LOWER MAKEFIELD | $4,830.71 | $48.31 | $432.42 |
| LOWER MAKEFIELD TWP | $4,830.71 | $2.00 | $20.00 |
| PA Unemployment Employee | $4,907.14 | $3.43 | $34.69 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 55.5200 |
| Personal Time | 0.0000 | 40.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4976 | Checking | $3,601.92 |
| Total | | $3,601.92 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,907.14 | $4,732.57 | $1,117.57 | $187.65 | **$3,601.92** |
| YTD | $49,570.50 | $48,471.23 | $11,900.21 | $1,216.99 | $36,453.30 |